IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bloomberg L.P.,<br>Dow Jones & Company, Inc.<br>The New York Times Company,<br>The Financial Times Ltd.,<br><br>Appellants,<br><br>v.<br><br>FTX Trading Ltd.,<br>Alameda Research LLC<br><br>Appellees. | Civil Action No. 1:23-cv-00682-CFC<br><br>Bankruptcy Case No. 22-11068 (JTD)<br>Bankruptcy BAP No. 23-00035 |

## **CORPORATE DISCLOSURE STATEMENTS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Federal Rule of Bankruptcy Procedure 80012, counsel for Appellants-Media Intervenors Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company, and The Financial Times Ltd. (collectively, "Appellants") hereby state as follows:

Bloomberg L.P., the publisher of Bloomberg News, is a limited partnership. Its general partner is Bloomberg Inc., which is privately held. No publicly held corporation owns 10 percent or more of Bloomberg L.P.'s limited partnership interests.

Dow Jones & Company, Inc. ("Dow Jones") is an indirect subsidiary of News Corporation, a publicly held company. Ruby Newco, LLC, an indirect

1

subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC. No publicly traded corporation currently owns ten percent or more of the stock of Dow Jones.

The New York Times Company is a publicly traded company and has no affiliates or subsidiaries that are publicly owned. No publicly held company owns 10% or more of its stock.

The Financial Times Limited is a private company, and is a wholly owned subsidiary of private company Financial Times Group Limited which is wholly owned by private company Nikkei Inc. No publicly held corporation owns 10% or more of the stock of The Financial Times Limited.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 5, 2023 | /s/ David L. Finger |
|  | David L. Finger (ID #2556)<br>FINGER & SLANINA, LLC<br>One Commerce Center<br>1201 N. Orange St., 7th fl.<br>Wilmington, DE 19801<br>302.573.2525 |
|  | *Counsel for Appellants* |