IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Bloomberg L.P.,<br>Dow Jones & Company, Inc.<br>The New York Times Company,<br>The Financial Times Ltd.,<br><br>                 Appellants,<br><br>   v.<br><br>FTX Trading Ltd.<br>Alameda Research LLC<br><br>                 Appellees. | Civil Action No. 1:23-cv-00682-CFC<br><br>Bankruptcy Case No. 22-11068 (JTD)<br>Bankruptcy BAP No. 23-00035 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Katie Townsend of The Reporters Committee for Freedom of the Press to represent Appellants Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company, and The Financial Times Ltd. in this matter.

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
302.573.2525
Attorney for Appellants

Date: July 7, 2023

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                              _____
                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California, the District of Columbia, and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am Generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted **X** to the Clerk's Office upon the filing of this motion.

Dated: July 7, 2023                          */s/ Katie Townsend*
                                             Katie Townsend
                                             THE REPORTERS COMMITTEE FOR
                                             FREEDOM OF THE PRESS
                                             1156 15th Street NW, Suite 1020
                                             Washington, DC 20005
                                             202.795.9300
                                             ktownsend@rcfp.org