# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FTX TRADING LTD. et al., ) | Bankruptcy Case No.: 22-11068-JTD |
| ) | Bankr. BAP No. 23-00035 |
| Debtors. ) | |
| _____ ) | |
| ) | |
| BLOOMBERG L.P., et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 23-682-CFC |
| ) | Civil Action No. 23-737-CFC |
| FTX TRADING LTD., et al., ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |

## **ORDER**

At Wilmington, Delaware, this **17th** day of **July, 2023**.

WHEREAS, pursuant to Section 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated September 11, 2012, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not believe that their disputes here can be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 2(b)(ii) of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing schedule suggested by the parties:

| | |
|---|---|
| Appellants' Briefs: | August 21, 2023 |
| Appellees' Brief: | September 21, 2023 |
| Appellants' Reply Briefs: | October 5, 2023 |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE