IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FTX TRADING LTD., et al., | ) | Bk. No. 22-11068-JTD |
| | ) | BK. BAP No. 23-35 |
| Debtors. | ) | |
| | ) | |
| BLOOMBERG L.P., et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-682-CFC |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| BLOOMBERG L.P., et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-737-CFC |
| | ) | |
| FTX TRADING LTD., et al., | ) | |
| | ) | |
| Appellees. | ) | |

## **ORDER**

At Wilmington this /9ᵗʰ day of July 2023, having received a recommendation

from Magistrate Judge Christopher J. Burke that these cases be withdrawn from the

mandatory referral for mediation and proceed through the appellate process of this

court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' briefs in support of the appeal are due on or before **August 21, 2023.**

2. Appellees' briefs in opposition to the appeal are due on or before **September 21, 2023.**

3. Appellants' reply briefs are due on or before **October 5, 2023.**

_____
Chief Judge