IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                              Debtors.<br><br><br>BLOOMBERG L.P., *et al.*,<br><br>                              Appellants,<br>v.<br><br>FTX TRADING LTD., *et al.*,<br><br>                              Appellees. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br>U.S. District Court<br><br>Case No. 1:23-cv-00682 (CFC) |

**APPELLEES DEBTORS' AND OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' COUNTER-DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellees, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession and the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Chapter 11 Cases"), by and through their undersigned counsel, respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this counter-designation of items to be included in the record on appeal (the "Counter-Designation") with respect to the appeal by Appellants, Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company and The Financial Times Ltd., from the *Order Authorizing*

---

[1]   The last four digits of Alameda Research LLC's tax identification number is 4063.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [Bankr. Docket No. 1643] (the "Redaction Order") before the United State District Court for the District of Delaware (the "Appeal"). The Counter-Designation has been filed in Bankr. No. 22-11068-JTD at Docket No. 1882. Pursuant to the Court's standing order dated November 9, 2015, titled *Designations of Records in Bankruptcy Appeals*, Appellees hereby file this Counter-Designation with the District Court.

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

1. Appellees counter-designate the following items to be included in the record on Appeal:

| No. | Docket No. | Date | Description |
|---|---|---|---|
| 1. | 92 | 11/21/2022 | Supplemental Declaration of John J. Ray in Support of First Day Pleadings |
| 2. | 93 | 11/21/2022 | Supplemental Declaration of Edgar W. Mosley in Support of First Day Pleadings |
| 3. | 157 | 11/23/2022 | Interim Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief |
| 4. | 408 | 01/08/2023 | Joinder of Official Committee of Unsecured Creditors to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief |
| 5. | 1276 | 04/12/2023 | Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 6. | 1284 | 04/13/2023 | Transcript of Hearing Held on April 12, 2023 |

## RESERVATION OF RIGHTS

Appellees expressly reserve the right to supplement the record on Appeal and to adopt the designation of any items designated or counter-designated by any other appellant, cross-appellant, appellee, or cross-appellee to the Appeal from the Redaction Order.

| | |
|---|---|
| Dated: July 19, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (*pro hac vice* pending)<br>James L. Bromley (*pro hac vice* pending)<br>Brian D. Glueckstein (*pro hac vice* pending)<br>Alexa J. Kranzley (*pro hac vice* pending)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

Dated: July 19, 2023  
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

<u>*/s/ Robert F. Poppiti*</u>
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
       rpoppiti@ycst.com

-and-

**PAUL HASTINGS LLP**
Kristopher M. Hansen*
Kenneth Pasquale*
Isaac S. Sasson*
John F. Iaffaldano*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
       kenpasquale@paulhastings.com
       isaacsasson@paulhastings.com
       jackiaffaldano@paulhastings.com

*\* Admitted pro hac vice*

*Counsel to the Official Committee of Unsecured Creditors*