**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company, and The Financial Times Ltd., )<br>)<br>)<br>) | |
| ) | Civil Action No. 1:23-cv-00682-CFC |
| Appellant, )<br>) | |
| v. )<br>) | |
| FTX Trading Ltd., and Alameda Research LLC, )<br>)<br>) | |
| Appellee. )<br>) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David L. Finger (#2556) of Finger & Slanina, LLC hereby withdraws his appearance as counsel of record for Appellants Bloomberg L.P., Down Jones & Company, Inc., The New York Times Company, and The Financial Times Ltd ("Media Intervenors-Appellants") in the above-captioned case, and William B. Larson, Jr. (#5627) and John J. Klusman III (#7076) of Manning Gross + Massenburg LLP are hereby substituted as counsel to Appellants Bloomberg L.P., Down Jones & Company, Inc., The New York Times Company, and The Financial Times Ltd.

| **FINGER & SLANINA, LLC** | **MANNING GROSS + MASSENBURG LLP** |
|---|---|
| */s/ David L. Finger*<br>David L. Finger (#2556)<br>One Commerce Center<br>1201 N. Orange St., 7th Floor<br>Wilmington, DE 19801<br>(302) 573-2525<br>*Outgoing Counsel for Media Intervenors* | */s/ William B. Larson, Jr.*<br>William B. Larson, Jr. (#5627)<br>John J. Klusman III (#7076)<br>1007 North Orange Street, Suite 711<br>Wilmington, Delaware 19801<br>(302) 657-2100<br>*Incoming Counsel for Media Intervenors* |
| Date: 6/17/2024 | Date: 6/17/2024 |